# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | No. C 14-01881 LB |
| Plaintiff, | **ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL OPPOSITION** |
| v. | [Re: ECF No. 49] |
| GREGORY L. JURIN, et al., | |
| Defendants. | |

The court's October 28, 2014 order allowed each party to file supplemental briefing, limited to three double-spaced pages, and only to "address the elements of a request to stay" and provide the court "with additional authorities to support its position." 10/28/2014 Order, ECF No. 48 at 2. Last night, Plaintiff Transamerica Life Insurance Company filed a ten-page supplemental brief that also exceeded the substantive limitation. *See* Supplemental Opposition, ECF No. 49. For this reason, the court strikes Transamerica's supplemental opposition and will not consider it. Transamerica may file by 5:00 p.m. PST today (November 4, 2014) a supplemental opposition that adheres to the above limitations. Mr. Jurin and Mr. Crea must file any supplemental reply by November 11, 2014.

**IT IS SO ORDERED.**

Dated: November 4, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-01881 LB
ORDER