ADRIENNE C. PUBLICOVER (State Bar No. 161432)
Email:  Adrienne.Publicover@wilsonelser.com
DONALD P. SULLIVAN (State Bar No. 191080)
Email:  Donald.Sullivan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Plaintiff
TRANSAMERICA LIFE INSURANCE COMPANY


TERRENCE J. COLEMAN   (State Bar No. 172183)
tcoleman@pillsburycoleman.com
RYAN H. OPGENORTH     (State Bar No. 252273)
ropgenorth@pillsburycoleman.com
DANIEL J. VEROFF   (State Bar No. 291492)
dveroff@pillsburycoleman.com
**PILLSBURY & COLEMAN, LLP**
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Tel: (415) 433-8000 / Fax: (415) 433-4816

Attorneys for Defendants,
GREGORY L. JURIN and JAMES P. McCREA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>GREGORY L. JURIN and JAMES P. McCREA,<br><br>    Defendants and Counter-Plaintiffs. | CASE NO.  CV14-01881 LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) AND [PROPOSED] ORDER** |

  Plaintiff Transamerica Life Insurance Company and Defendants Gregory L. Jurin and James P. McCrea (collectively, the "Parties"), by and through their respective counsel of record, have resolved the disputes between them.  Pursuant to Federal Rule of Civil Procedure

41(a)(1)(B), the Parties hereby stipulate and agree that the above-captioned matter and all claims for relief, including all counter-claims, contained therein may be dismissed with prejudice in its entirety.

The Parties further stipulate and agree that each Party is to bear its own fees and costs.

**IT IS SO STIPULATED:**

Dated: May 4, 2015

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By:   /S/ Donald P. Sullivan
ADRIENNE C. PUBLICOVER
DONALD P. SULLIVAN
Attorneys for
**TRANSAMERICA LIFE
INSURANCE COMPANY**

Dated: May 11, 2015

PILLSBURY & COLEMAN, LLP

By:   /S/ Daniel J. Veroff
TERRENCE J. COLEMAN
DANIEL J. VEROFF
Attorneys for
**GREGORY L. JURIN and
JAMES P. McCREA**

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, the Court hereby Dismisses this case in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B). The Court further orders that each Party shall bear its own fees and costs.

Date: May 12, 2015

The Hon. Laural Beeler
United States Magistrate Judge